08 MAY 13 AM 11:20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1541 JAH |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., |
| IGNACIO HERNANDEZ-GARCIA, ) | Sec. 1324(a)(1)(A)(ii) – |
| ) | Transportation of Illegal Aliens |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about April 20, 2008, within the Southern District of California, defendant IGNACIO HERNANDEZ-GARCIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Valencia-Pareja, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//
//
//

MIP:em:Imperial
5/12/08

Count 2

On or about April 20, 2008, within the Southern District of California, defendant IGNACIO HERNANDEZ-GARCIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, German Perez-Celestino, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: May 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney