1 | KAREN P. HEWITT
United States Attorney
2 | WILLIAM A. HALL, JR.
Assistant U.S. Attorney
3 | California State Bar No. 253403
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov
6
Attorneys for Plaintiff
7 | United States of America

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1541-JAH |
| ) | |
| Plaintiff, ) | DATE:  June 16, 2008 |
| ) | TIME:  8:30 a.m. |
| v. ) | Before Honorable John A. Houston |
| ) | |
| IGNACIO HERNANDEZ-GARCIA, ) | UNITED STATES' MOTION FOR |
| ) | RECIPROCAL DISCOVERY |
| Defendant(s). ) | |
| ) | TOGETHER WITH STATEMENT OF |
| ) | FACTS AND MEMORANDUM OF |
| ) | POINTS AND AUTHORITIES |
| ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Motion for Reciprocal Discovery in the above-referenced case. Said motion is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

DATED: June 2, 2008.

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                          s/ William A. Hall, Jr.
                                          WILLIAM A. HALL, JR.
                                          Assistant United States Attorney