KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGNACIO HERNANDEZ-GARCIA,<br><br>　　　　　Defendant(s). | Criminal Case No. 08CR1541-JAH<br><br>DATE:　　June 16, 2008<br>TIME:　　8:30 a.m.<br>Before Honorable John A. Houston<br><br>UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

The Defendant, Ignacio Hernandez-Garcia (hereinafter "Defendant"), was charged by a grand jury on May 13, 2008, with violating 8 U.S.C. § 1324(a)(1)(A)(ii), transportation of illegal alien(s), and aiding and abetting. Defendant was arraigned on the two-count Indictment the same day, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on April 20, 2008 by United States Border Patrol Agents ("BPAs") near Calexico, California. That morning, BPAs had received information that several individuals had entered the United States illegally by floating up the New River from Mexico. At

1  approximately 11:00 a.m., a BPA conducting surveillance near Calexico, California observed
2  several suspected illegal aliens emerge from the New River and enter an awaiting vehicle at the
3  intersection of Kubler and Clark Roads.  That vehicle, a 1996 GMC Jimmy, was operated by
4  Defendant.  After the suspected aliens entered the vehicle, Defendant began towards to drive
5  towards Calexico, California.  The BPA conducting surveillance notified other BPAs about his
6  observations.
7       As the vehicle approached the intersection of Highway 98 and Rivera Street, two BPAs in
8  the area activated their service vehicles' emergency equipment consisting of lights and siren.
9  Defendant yielded, coming to a stop.  The BPAs observed four individuals in the rear of the
10  vehicle, attempting to hide from view.  The four passengers, including Maria Valencia-Pareja and
11  German Perez-Celestino (hereinafter "the material witnesses"), stated to a BPA that they were
12  citizens and nationals of Mexico illegally present in the United States.  The material witnesses later
13  also stated that they were not in possession of any immigration documents allowing them to enter
14  or to remain inside the United States, and stated that arrangements were made in Mexico to pay
15  a fee for the purpose of being smuggled into the United States.  Perez-Celestino stated that he was
16  to pay $2,000 USD to be smuggled.  Valencia-Pareja identified Defendant as the driver of the
17  vehicle.

**III**

**UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY**

20       To date, the United States has provided Defendant with 50 pages of discovery.  The United
21  States moves the Court to order Defendant to provide all reciprocal discovery to which it is entitled
22  under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all
23  exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial"
24  and a written summary of the names, anticipated testimony, and bases for opinions of experts
25  Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.
26  //
27
28       3

## IV
## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that its motion be granted.

DATED: June 2, 2008.

                                                          Respectfully submitted,

                                                          KAREN P. HEWITT
                                                          United States Attorney

                                                          s/ William A. Hall, Jr.
                                                          WILLIAM A. HALL, JR.
                                                          Assistant United States Attorney