# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA            CASE NUMBER _08CR1541-JAH_

vs                                  ABSTRACT OF ORDER

Ignacio Hernandez Garcia            Booking No. _00236298_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _8/18/08_
the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
             and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____✓_____ Defendant sentenced to TIME SERVED, supervised release for _3_ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
             _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

JOHN A. HOUSTON
UNITED STATES ~~MAGISTRATE~~ District JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by _/s/_
Deputy Clerk

Received _____
         DUSM

Crim-9   (Rev 6-95)                         ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY